THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GABRIEL PASQUALE, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Rockland County (Edelstein, J.), imposed May 28, 1987.

Ordered that the sentence is affirmed, and the matter is remitted to the County Court, Rockland County, for further

proceedings pursuant to CPL 460.50 (5). No opinion. Mollen, P. J., Mangano, Rubin and Harwood, JJ., concur.